1  Mark S. Horoupian (CA Bar No. 175373)
   *mhoroupian@sulmeyerlaw.com*
2  Steven F. Werth (CA State Bar No. 205434)
   *swerth@sulmeyerlaw.com*
3  **Sulmeyer**Kupetz
  A Professional Corporation
4  333 South Grand Avenue, Suite 3400
  Los Angeles, California 90071
5  Telephone: 213.626.2311
  Facsimile: 213.629.4520
6
  Attorneys for
7  Howard M. Ehrenberg, Chapter 7 Trustee



**FILED & ENTERED**

**NOV 17 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

**CHANGES MADE BY COURT**

8  **UNITED STATES BANKRUPTCY COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10  **LOS ANGELES DIVISION**

| | |
|---|---|
| 11 In re<br>12 RAYMOND EXPRESS INTERNATIONAL, LLC,<br>13<br>14     Debtor.<br>15 HOWARD M. EHRENBERG, Chapter 7 Trustee,<br>16<br>17     Plaintiff,<br>    vs.<br>18<br>19 HEIDI LEE,<br>20     Defendant. | Case No. 2:18-bk-11909-ER<br>Chapter 7<br>Adv. No. 2:20-ap-01035-ER<br>**JUDGMENT**<br><br>Date: No hearing required<br>Time:<br>Place: Courtroom 1568<br>      255 E. Temple Street<br>      Los Angeles, CA 90012 |

21     Upon consideration of (1) the "Motion For Order Authorizing And Approving
22 Compromise With Defendants In Six Adversary Proceedings" [Docket No. 140 in the above-
23 captioned bankruptcy case, the "Settlement Motion"], filed by plaintiff Howard M. Ehrenberg, the
24 Chapter 7 Trustee ("Trustee") for the Debtor, Raymond Express International, LLC ("Debtor"), in
25 the above-captioned bankruptcy case, and (2) the Court's "Order Approving Motion For Order
26 Authorizing And Approving Compromise With Defendants In Six Adversary Proceedings"
27 [Docket No. 143 in the above-captioned bankruptcy case, the "Order"], approving the Settlement
28 Motion; all papers filed in support of the Settlement Motion; all evidence duly admitted into

SulmeyerKupetz, A Professional Corporation
333 South Grand Ave., Suite 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

evidence by the Court in support of the Settlement Motion; the entire record in the above-captioned bankruptcy case and adversary proceeding; and for good cause, the Court renders its judgment as follows:

1. The security interest perfected by the UCC-1 Financing Statement recorded on or about November 27, 2017, in favor of Heidi Lee, the above-captioned Defendant ("<u>Defendant</u>"), is avoided and preserved by the Trustee for the benefit of the Debtor's bankruptcy estate.

2. The Defendant's claim assigned Claim number 35 in the Claims Register in the Debtor's bankruptcy case is allowed in the amount of $29,593.15, of which claim $12,850 is a priority claim pursuant to 11 U.S.C. §507(a)(4), and $16,743.15 is a general unsecured non-priority claim.

3. Upon entry of this Judgment, the Clerk of the Court is directed to close this adversary proceeding.

###

Date: November 17, 2020

Ernest M. Robles
United States Bankruptcy Judge

SFW 2707605v2

2